WILLIAM D. DAYMON, Respondent, *v.* THE WESTCHESTER STREET RAILROAD COMPANY, Appellant.

*Daymon* v. *Westchester Street R. R. Co.*, 154 App. Div. 796, affirmed.

(Argued February 2, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 28, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged assault in expelling the plaintiff from the cars of the defendant's railroad.

*William Greenough* and *Eugene F. McKinley* for appellant.

*William L. Rumsey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.